[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 18, 2008
THOMAS K. KAHN
CLERK

_____

No. 08-10664

_____

Agency Nos. 12-CA-25504 & 12-RC-8064 & 12

NATIONAL LABOR RELATIONS BOARD,

Petitioner-
Cross-Respondent,

versus

RICHMOND HEALTH CARE,
d.b.a. Sunrise Health and Rehabilitation Center,

Respondent-
Cross-Petitioner.

_____

Petition for Review of a Decision of the
National Labor Relations Board

_____

**(November 18, 2008)**

Before HULL, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

After review and oral argument, we grant the National Labor Relations Board's application for enforcement of its December 31, 2007 order and deny Richmond Health Care's cross-petition for review of the National Labor Relations Board's order.

**ORDER ENFORCED, and CROSS-PETITION FOR REVIEW DENIED.**